B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nirvana, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**16-1495474** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Nirvana Plaza**<br>**Forestport, NY**<br>ZIP Code **13338** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oneida** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Nirvana, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Nirvana, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Stephen A. Donato (NDNY**
Signature of Attorney for Debtor(s)

  **Stephen A. Donato (NDNY 101522)**
Printed Name of Attorney for Debtor(s)

  **Bond, Schoeneck & King, PLLC**
Firm Name

  **One Lincoln Center**
  **Syracuse, NY 13202**

_____
Address

                          **Email: sdonato@bsk.com**
  **(315) 218-8000  Fax: (315) 218-8100**
Telephone Number

  **June  3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mozafar Rafizadeh**
Signature of Authorized Individual

  **Mozafar Rafizadeh**
Printed Name of Authorized Individual

  **President and CEO**
Title of Authorized Individual

  **June  3, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Nirvana, Inc.**                                                     ,  Case No. _____
                                    **Debtor**

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Millers Wood Development Corp.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |
| **Nirvana Transport, Inc.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |
| **Nirvana Warehousing, Inc.** <br> **Northern District of New York** | **Affiliate** | **06/03/15** <br> **Davis** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re   Nirvana, Inc.      Debtor(s)      Case No. _____  Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 5 Boro Green Services, LLC<br>54-35 48th Street<br>Maspeth, NY 11378 | 5 Boro Green Services, LLC<br>54-35 48th Street<br>Maspeth, NY 11378 | Trade debt | | 351,451.48 |
| American Express<br>1801 NW 66 Avenue<br>Suite 103A<br>Fort Lauderdale, FL 33313-4571 | American Express<br>1801 NW 66 Avenue<br>Suite 103A<br>Fort Lauderdale, FL 33313-4571 | Credit card charges | | 359,410.68 |
| Automation Experts, Inc.<br>204 Turner Street<br>Utica, NY 13501 | Automation Experts, Inc.<br>204 Turner Street<br>Utica, NY 13501 | Trade debt | | 49,624.49 |
| Best Yet Market<br>1 Lexington Avenue<br>Bethpage, NY 11714 | Best Yet Market<br>1 Lexington Avenue<br>Bethpage, NY 11714 | Trade debt | | 53,968.50 |
| Blue Tractor Foods, LLC<br>528 East Washington Street<br>Chagrin Falls, OH 44022 | Blue Tractor Foods, LLC<br>528 East Washington Street<br>Chagrin Falls, OH 44022 | | Disputed | 86,554.17 |
| Comsource, Inc.<br>8104 Cazenovia Road<br>Manlius, NY 13104-9780 | Comsource, Inc.<br>8104 Cazenovia Road<br>Manlius, NY 13104-9780 | Promissory Note | | 100,000.00 |
| Comsource, Inc.<br>8104 Cazenovia Road<br>Manlius, NY 13104 | Comsource, Inc.<br>8104 Cazenovia Road<br>Manlius, NY 13104 | Injection Molding Equipment | | 3,074,586.16<br><br>(1,600,000.00 secured) |
| Dannible & McKee, LLP (5000) Financial Plaza<br>221 S. Warren Street<br>Syracuse, NY 13202-2687 | Dannible & McKee, LLP (5000) Financial Plaza<br>221 S. Warren Street<br>Syracuse, NY 13202-2687 | Services provided | | 45,750.00 |
| DWS Associates, Inc.<br>Label & Packaging Specialists<br>89 North Industry Court<br>Deer Park, NY 11729 | DWS Associates, Inc.<br>Label & Packaging Specialists<br>89 North Industry Court<br>Deer Park, NY 11729 | Trade debt | | 194,533.99 |
| Gasiad, Inc.<br>1304 Whitaker Street<br>Hellertown, PA 18055 | Gasiad, Inc.<br>1304 Whitaker Street<br>Hellertown, PA 18055 | Settlement Agreement | | 92,675.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Nirvana, Inc.                                                                 Case No.  
                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Georgia Pacific, LLC<br>One Owens Way<br>Bradford, PA 16701 | Georgia Pacific, LLC<br>One Owens Way<br>Bradford, PA 16701 | Trade debt | | 82,424.32 |
| Licaplast<br>2835 Duchesne<br>St. Laurent, Quebec City H4R 1J2<br>CANADA | Licaplast<br>2835 Duchesne<br>St. Laurent, Quebec City H4R 1J2<br>CANADA | Trade debt | | 86,414.07 |
| Nan Ya Plastics (F001)<br>9 Peach Tree Hill Road<br>Livingston, NJ 07039 | Nan Ya Plastics (F001)<br>9 Peach Tree Hill Road<br>Livingston, NJ 07039 | Trade debt | | 517,645.90 |
| National Grid (0105)<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | National Grid (0105)<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | Utility services provided | | 43,458.76 |
| NYS Dept. of Taxation & Finance (5474)<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | NYS Dept. of Taxation & Finance (5474)<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | Bottle deposits | Unliquidated<br>Disputed | 1,544,414.01 |
| Selenis Canada, Inc.<br>3498 Broadway<br>Montreal, Quebec City H1B 5B4<br>CANADA | Selenis Canada, Inc.<br>3498 Broadway<br>Montreal, Quebec City H1B 5B4<br>CANADA | Trade debt | | 67,438.08 |
| Shumaker Consulting Engineering<br>& Land Surveying (3701)<br>143 Court Street<br>Binghamton, NY 13901-3528 | Shumaker Consulting Engineering<br>& Land Surveying (3701)<br>143 Court Street<br>Binghamton, NY 13901-3528 | Trade debt | | 39,994.90 |
| State of Connecticut<br>Department of Environmental Protection<br>79 Elm Street<br>Hartford, CT 06106 | State of Connecticut<br>Department of Environmental Protection<br>79 Elm Street<br>Hartford, CT 06106 | Bottle deposits | Unliquidated<br>Disputed | 769,385.32 |
| The Nielsen Company, LLC (0926)<br>85 Broad Street<br>New York, NY 10004 | The Nielsen Company, LLC (0926)<br>85 Broad Street<br>New York, NY 10004 | Trade debt | | 39,306.60 |
| TOMRA Pacific, Inc.<br>1 Corporate Drive<br>Suite 710<br>Shelton, CT 06484 | TOMRA Pacific, Inc.<br>1 Corporate Drive<br>Suite 710<br>Shelton, CT 06484 | Trade debt | | 1,112,151.12 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Nirvana, Inc.                                                                            Case No.

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June  3, 2015                                    Signature  /s/ Mozafar Rafizadeh
                                                                  Mozafar Rafizadeh
                                                                  President and CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

1 WorldSync, Inc. (8494)
P.O. Box 71-3883
Columbus, OH 43271-3883


5 Boro Green Services, LLC
54-35 48th Street
Maspeth, NY 11378


ACC Business (2334)
400 West Avenue
Rochester, NY 14611


ACC Business (7234)
400 West Avenue
Rochester, NY 14611


Accellos (2784)
NW 6199
Minneapolis, MN 55485-6691


Air Temp Heating & Air Conditioning,Inc.
(3309)
1165 Front Street
Binghamton, NY 13905


Airgas East
2 Main Street
Whitesboro, NY 13492


American Express
1801 NW 66 Avenue
Suite 103A
Fort Lauderdale, FL 33313-4571


Amerigas (1371)
11400 State Route 12
Alder Creek, NY 13301-3506


Ameriplas International Inc. (3616)
855 Ave. Montrichard
St-Jean-Sur-Richelieu, Quebec
CANADA

```
Arol USA
450 Satellite Boulevard, NE
Suite D
Suwanee, GA 30024


Art Gallo
P.O. Box 741
Boonville, NY 13309


Automation Experts, Inc.
204 Turner Street
Utica, NY 13501


Beaton Industrial, Inc.
6083 Trenton Road
Utica, NY 13502


Best Yet Market
1 Lexington Avenue
Bethpage, NY 11714


Bill Matthews
1105 Parkview Lane
Toms River, NJ 08753


Blue Tractor Foods, LLC
528 East Washington Street
Chagrin Falls, OH 44022


Boulden Company
1013 Conshohocken Road
Suite 308
Conshohocken, PA 19428


Bousquet Holstein PLLC
110 West Fayette Street
One Lincoln Center, Suite 900
Syracuse, NY 13202


C. Hughes Hardware & Lumber
157 Main Street
Boonville, NY 13309
```

Center State Propane (3146) (3128)
1130 Mason Road
Waterville, NY 13480


Central Recycling Co-Op Inc.
260 Latta Brook Park
Horseheads, NY 14845-9008


Chemaqua (3279)
23261 Network Place
Chicago, IL 60673-1232


Chep USA
15226 Collections Center Drive
Chicago, IL 60693


Comsource, Inc.
8104 Cazenovia Road
Manlius, NY 13104-9780


CTC Grocery LLC
125 Commerce Court
Cheshire, CT 06410


D.G. Ward Electric, Inc. (NIR01)
3304 Smith Road
P.O. Box 371
Constableville, NY 13325


Dannible & McKee, LLP (5000)
Financial Plaza
221 S. Warren Street
Syracuse, NY 13202-2687


David T. Luntz, Esq.
Hinman Straub
12 State Street
Albany, NY 12207-1693


Donald Hillmann, Esq.
Couch White, LLP
540 Broadway
Albany, NY 12201

```
Durr & Riley
322 Post Street
Boonville, NY 13309


DWS Associates, Inc.
Label & Packaging Specialists
89 North Industry Court
Deer Park, NY 11729


Envipco Pickup & Processing Services Inc
(1150)
99 Great Hill Road
Naugatuck, CT 06770-2227


Environmental Products Corporation
(4115) (5115) (9115)
99 Great Hill Road
Naugatuck, CT 06770-2227


ePartners, Inc.
75 Remittance Drive
Suite #6617
Chicago, IL 60675-6617


Excellus Health Plan - Group (0001)
165 Court Street
Rochester, NY 14647


Fox Hill Realty, LLC
c/o Mozafar Rafizadeh
152 Gibson Hill Road
Chester, NY 10918


Gallo Brothers
P.O. Box 741
Boonville, NY 13309


Gasiad, Inc.
1304 Whitaker Street
Hellertown, PA 18055


Georgia Pacific, LLC
One Owens Way
Bradford, PA 16701
```

Granite State Plasma Cutting Ltd.
1412 NH Route 175
Holderness, NH 03245


GTO Sports Promotion
P.O. Box 255
Lake George, NY 12845


Hancock Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202


Haun Welding Supply, Inc.
5921 Court Street Road
Syracuse, NY 13206


Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202


Husky Injection Molding Systems, Inc.
288 Noah Road
Milton, VT 05468


IGPS Logistics, LLC (0001)
225 E. Robinson Street
Suite 200
Orlando, FL 32801


Ingersoll Rand Company
28 Corporate Circle
Suite #2
East Syracuse, NY 13057


Ingersoll Rand Company
15768 Collections Center Drive
Chicago, IL 60693


Integrity/ESM MidAtlantic
6360 Flank Drive
Suite 300
Harrisburg, PA 17112

```
Internal Revenue Service (5474)
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeffrey A. Dove, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498


KHS Corpoplast North America
880 Bahcall Road
Waukesha, WI 53186


Langguth America Ltd. (01-AR)
109 Randall Drive
Waterloo, Ontario N2V 1C5
CANADA


le Caselle (1272)
Via E. Mattei, 2
Pontevico BS
ITALY


Licaplast
2835 Duchesne
St. Laurent, Quebec City H4R 1J2
CANADA


Mackenzie Hughes, LLC
1010 South Salina Street
Suite 600
Syracuse, NY 13202


Maine Revenue Services
24 State House Station
Augusta, ME 04333-0024


Mansur Rafizadeh
One Nirvana Plaza
Forestport, NY 13338


Mark A. Slama, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
```

Mark D. Levitt, Esq.
Levitt & Gordon
91 Genesee Street
New Hartford, NY 13413


McMaster Carr Supply Co. (7000)
200 New Canton Way
Trenton, NJ 08691-2343


MetLife Small Business Center (0001)
P.O. Box 804466
Kansas City, MO 64180-4466


Michelle K. Piasecki, Esq.
Couch White, LLP
540 Broadway
Albany, NY 12201


Millers Wood Development Corp.
One Nirvana Plaza
Forestport, NY 13338


Mozafar Rafizadeh
152 Gibson Hill Road
Chester, NY 10918


Myers Wolin, LLC
100 Headquarters Plaza
North Tower - 6th Floor
Morristown, NJ 07960


Nan Ya Plastics (F001)
9 Peach Tree Hill Road
Livingston, NJ 07039


Nancy Caple, District Counsel
U.S. Small Business Administration
224 Harrison Street, Suite 506
Syracuse, NY 13202


National Grid (0105)
300 Erie Boulevard West
Syracuse, NY 13202

```
National Grid (4028)
300 Erie Boulevard West
Syracuse, NY 13202


Nature's Way Purewater
164 Commerce Road
Pittston, PA 18640


NBT Bank
120 Madison Street
Syracuse, NY 13202


New York State Corporation Tax
Corp-V
P.O. Box 15163
Albany, NY 12212-5163


Next Point LLC
107 Twin Oaks Drive
Syracuse, NY 13206


Nirvana Transport, Inc.
One Nirvana Plaza
Forestport, NY 13338


Nirvana Warehousing, Inc.
One Nirvana Plaza
Forestport, NY 13338


Nixon & Vanderhye PC (2779)
901 N. Glebe Road
Suite 1100
Arlington, VA 22203


Northeast Bank
500 Canal Street
Lewiston, ME 04240


Nutrition Management Services
2071 Kimberton Road
Kimberton, PA 19442
```

```
NY Business Development Corporation
50 Beaver Street
P.O. Box 738
Albany, NY 12201-0738


NYS Dept. of Taxation & Finance
W A Harriman Campus
Albany, NY 12227


NYS Dept. of Taxation & Finance (5474)
Attn:  Bankruptcy Section
P.O. Box 5300
Albany, NY 12205


Oneida County IDA (#144)
800 Park Avenue
Utica, NY 13501-2989


Orthodox Union (8031)
Eleven Broadway
New York, NY 10004


Packaging Corporation of America
One 29th Street
Pittsburgh, PA 15222


Patrick K. Greene, Esq.
Driver Greene, LLP
228 Church Street
Saratoga Springs, NY 12866


Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, NY 12207


Petrone & Petrone, P.C.
1624 Genesee Street
Utica, NY 13502


Pioneer Adhesives Products
227 Thorn Avenue
Orchard Park, NY 14127
```

```
Power Pallets
4715 State Highway 30
Amsterdam, NY 12010


Price Chopper Supermarkets
461 Nott Street
Schenectady, NY 12308


Rig All Inc.
2322 Broad Street
Frankfort, NY 13340


S. Sherman & Assoc.
4941 East Rockridge Road
Phoenix, AZ 85018


Saied Soleimani
55 Northern Boulevard
Suite 210
Great Neck, NY 11021


Selenis Canada, Inc.
3498 Broadway
Montreal, Quebec City H1B 5B4
CANADA


Shrink Packaging Systems Corp.
370 Summit Point Drive
Henrietta, NY 14467


Shumaker Consulting Engineering
& Land Surveying (3701)
143 Court Street
Binghamton, NY 13901-3528


Sidel, Inc.
5600 Sun Court
Norcross, GA 30092


SIPA North America
4341 International Parkway
Suite 110
Atlanta, GA 30354
```

Stan Schwalb
29 Douglass Avenue
Bernardsville, NJ 07924


Staples
125 Mushroom Boulevard
P.O. Box 323500
Rochester, NY 14623-3203


Star Cooperative Corp.
3120 Shippers Road
Vestal, NY 13850


State of Connecticut
Department of Environmental Protection
79 Elm Street
Hartford, CT 06106


State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08625-0059


Statewide Zone Capital Corporation of NY
50 Beaver Street
P.O. Box 738
Albany, NY 12201-0738


Supremo Foods, LLC
249 E. Front Street
Plainfield, NJ 07060


TCF Equipment Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305


TCF Equipment Finance (5741)
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305


The Guardian Life Insurance Co.
of America
7 Hanover Square
New York, NY 10004

```
The Hartford
301 Woods Park Drive
Clinton, NY 13323


The Nielsen Company, LLC (0926)
85 Broad Street
New York, NY 10004


TOMRA Pacific, Inc.
1 Corporate Drive
Suite 710
Shelton, CT 06484


Towne Engineering (3547)
18 South Street
Utica, NY 13501


Transit Protection Systems
39844 Treasury Center
Chicago, IL 60694-9800


U.S. Small Business Administration
c/o Empire State Cert. Development Corp.
50 Beaver Street, P.O. Box 738
Albany, NY 12201-0738


Unifirst Corporation (9582)
103 Luther Avenue
Liverpool, NY 13088


Utica Mack, Inc.
9426 River Road
Box R
Marcy, NY 13403


W. David Schermerhorn, Program Director
U.S. Department of Agriculture
441 South Salina Street, Suite 357
Syracuse, NY 13202-2425


Walter Garigliano, Esq.
Garigliano Law Offices, LLP
449 Broadway
Monticello, NY 12701
```

```
Wells Fargo Financial Leasing (8-000)
300 Tri State International
Suite 400
Lincolnshire, IL 60069-4417


Youngs Auto Parts
104 Woodgate Drive
Boonville, NY 13309
```